DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MELVIN ROHS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-154 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MELVIN ROHS, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came on for Status Conference on May 18, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Sean Flynn appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant MELVIN ROHS, whose waiver of appearance is on file.

At that time, a Further Status Conference hearing date of June 29, 2010, at 9:15 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from May 18, 2010, up until and including June 29, 2010.

///

///

///

1  Good cause appearing therefor,

2  IT IS ORDERED that this matter is continued to Tuesday, June 29, 2010, at 9:15 a.m., for Further
3  Status Conference.

4  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
5  the period from May 18, 2010, up to and including June 29, 2010, is excluded from the time computations
6  required by the Speedy Trial Act due to ongoing preparation of counsel.

7  Dated: June 1, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT