DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MELVIN ROHS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-154 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MELVIN ROHS, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came on for Status Conference on June 29, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Sean Flynn appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant MELVIN ROHS, whose waiver of appearance is on file.

At that time, a Further Status Conference hearing date of July 27, 2010, at 9:15 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from June 29, 2010, up until and including July 27, 2010.

///

///

///

1 | Good cause appearing therefor,

2 | IT IS ORDERED that this matter is continued to Tuesday, July 27, 2010, at 9:15 a.m., for Further
3 | Status Conference.

4 | IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
5 | the period from June 29, 2010, up to and including July 27, 2010, is excluded from the time computations
6 | required by the Speedy Trial Act due to ongoing preparation of counsel.

7 | Dated: July 6, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT