1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
MELVIN ROHS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-10-154 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE STATUS CONFERENCE** |
| v. | ) |
| MELVIN ROHS, | ) Date: September 28, 2010 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Camil A. Skipper, Assistant United States Attorney, and MELVIN ROHS, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of July 27, 2010, be vacated and a new status conference hearing date of **Tuesday, September 28, 2010, at 9:15 a.m.**, be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

1   It is further stipulated and agreed between the parties that the period beginning July 27, 2010, through and including September 28, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: July 20, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Matthew C. Bockmon
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MELVIN ROHS


Dated: July 20, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew C.Bockmon for
                                        CAMIL A. SKIPPER
                                        Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED**.

Dated: July 22, 2010


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT