DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MELVIN ROHS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-154 LKK |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MELVIN ROHS, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came on for Arraignment/Status Conference on October 19, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Camil Skipper appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant MELVIN ROHS, who was present out of custody.

Mr. Rohs was arraigned on Counts 1 through 5 of the Superseding Indictment. At that time, a NOT GUILTY plea was entered as to each count, full reading waived, and jury trial demanded. A Trial Confirmation hearing was set for Tuesday, December 14, 2010, at 9:15 a.m., with Jury Trial set for Tuesday, January 11, 2011, at 10:30 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from October 19, 2010, up until and including January 11, 2011.

///

1  Good cause appearing therefor,

2  IT IS ORDERED that this matter is continued to **Tuesday, December 14, 2010, at 9:15 a.m.**, for Trial Confirmation hearing, with Jury Trial set for **Tuesday, January 11, 2011, at 10:30 a.m.**

4  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from October 19, 2010, up to and including January 11, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: October 21, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT