IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-154 LKK |
| Plaintiff, ) | |
| v. ) | **ORDER EXONERATING BOND** |
| MELVIN ROHS, ) | |
| Defendant. ) | |

The Court finds that Mr. Rohs was released pursuant to a $150,000.00 property bond which he posted to the Clerk of the Court. Mr. Rohs was sentenced on May 24, 2011, and is now in custody serving his sentence. He has satisfied all of his obligations to the Court and his case is now closed.

THEREFORE, it is hereby ORDERED that the $150,000.00 property bond in this case is ordered exonerated and that the Clerk of the Court is directed to reconvey to the surety, Pamela Lucy Patten, Trustee of the Pamela Lucy Patten Survivor's Trust A, Nevada City, California 95959, property posted on behalf of Mr. Rohs.

DATED: August 29, 2011.

dad1:crim
rohs0154.ord.exonerate.bond

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1